UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-60262-LRC |
| | ) | |
| ELLIS WILTON GARNER | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

## MOTION TO EXTEND AUTOMATIC STAY

COMES NOW Debtor, ELLIS WILTON GARNER, and asks this Court to extend the automatic stay of 11 U.S.C. Section 362(a) in this Chapter 13 Bankruptcy Case against all Creditors and show the Court the following:

1.

On June 9, 2017, Debtor filed a Voluntary Petition for Bankruptcy relief under Title 11, Chapter 13 of the United States Code.

2.

Debtor has filed a previous Chapter 13 bankruptcy case, bringing it within 11 U.S.C. Section 362(c)(3). Case No. 16-51385 was filed on January 26, 2016 and dismissed on December 9, 2016 (the "First Case").

3.

Debtor's first case was dismissed for failure to maintain Chapter 13 plan payments and mortgage payments. Debtor fell behind in payments due to a loss of work in his courier business. Debtor now has a part-time job to supplement his income from his courier business.

4.

Debtor filed the instant case in an effort to save his home from foreclosure, catch up his mortgage arrears, and prevent repossession of his vehicle. Debtor now has a part-time job to supplement his income to maintain payments in this case and to the mortgage company. Debtor now has a better ability to meet the requirements to have a successful Chapter 13 plan. Extending the automatic stay will help Debtor save his home and vehicle.

5.

Debtor has filed the instant case in good faith and asks the Court to find that the presumption that the instant case was not filed in good faith has been rebutted by clear and convincing evidence, as outlined above, and extend the automatic stay. Debtor asks the Court to allow him the opportunity to be successful in his current Chapter 13 case.

WHEREFORE, Debtor prays that this motion be granted and that the automatic stay of 11 U.S.C. Section 362(a) be extended against all creditors.

Dated this 15th day of June, 2017.

Respectfully Submitted,
___/s/_____
Howard Slomka, Esq
Georgia Bar No. 652875
Slipakoff & Slomka, PC
1069 Spring Street, NW
2nd Floor
Atlanta, GA 30309
678-732-0001

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-60262-LRC |
| | ) | |
| ELLIS WILTON GARNER | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that ELLIS WILTON GARNER has filed a Motion to Extend Automatic Stay and related papers with the Court seeking an Order on the Motion to Extend Automatic Stay.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion to Extend Automatic Stay in Courtroom 1204, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 at 1:45 P.M. on June 29, 2017.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your view, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: April 4, 2017

                                                   /s/
Howard Slomka, Esq
Georgia Bar No. 652875
Slipakoff & Slomka, PC
1069 Spring Street, NW, 2nd Floor
Atlanta, GA 30309
678-732-0001

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-60262-LRC |
| | ) | |
| ELLIS WILTON GARNER | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I, Howard Slomka, attorney for Debtor, certify that the below listed parties and the attached service list have been served with a true and correct copy of the attached pleadings by placing a copy of same in a properly addressed envelope with adequate postage thereon and deposited in the United States Mail.

Adam M. Goodman, 13 Trustee (Served via ECF)
Suite 200
260 Peachtree Street
Atlanta, GA 30303

Ellis Wilton Garner
7669 Waterlace Drive
Fairburn, GA 30213

Richard H. Siegel
ALDRIDGE PITE, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E.
Suite 500
Atlanta, GA 30305[1]

The Lakes at Cedar Grove Neighborhood Association, Inc.
c/o Lisa B. Fuerst and Laura C. Horlock
Pankey & Horlock, LLC.
1441 Dunwoody Village, Parkway
Suite #200
Atlanta, GA 30338
Attn: Laura C. Horlock[2]

---

[1] Per Notice of Appearance filed in Case No. 16-51385 (Doc. No. 13)
[2] Per Notice of Appearance filed in Case No. 16-51385 (Doc. No. 33)

The Lakes at Cedar Grove Neighborhood Association, Inc.
c/o Lisa B. Fuerst and Laura C. Horlock
Pankey & Horlock, LLC.
1441 Dunwoody Village, Parkway
Suite #200
Atlanta, GA 30338
Attn: Lisa B. Fuerst[3]

NCEP, LLC Department
Ascension Capital Group
Account XXXXX9313
PO Box 165028
Irving, TX 75016
Attn: Marian Garza[4]

Scott Beauchamp
Claims Processor
Ascension Capital Group
P.O. Box 201347
Arlington, TX 76006[5]

SCANA Services Inc.
220 Operation Way, Mail Code C222
Cayce, SC 29033-3701
Attn: Patricia Lynn Lawson[6]

LVNV Funding, LLC its successors and
assigns as assignee of FNBM, LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, GA 29603[7]
Attn: Latoya McDowell

Premier Bankcard, LLC; Jefferson Capital
Systems, LLC Assignee
c/o Jefferson Capital Systems, LLC
PO Box 7999
St. Cloud, MN 56302-9617
Attn: Linda Dold[8]

---

[3] Address and signatory per Claim No. 7-1 filed in Case No. 16-51385
[4] Per Notice of Appearance filed in Case 16-51385 (Doc 18)
[5] Signatory per Claim No. 6-1 filed in Case No. 16-51385
[6] Address and Signatory per Claim No. 2-1 filed in Case No. 16-51385
[7] Signatory and address per Claim 3-1 filed in Case No. 16-51385
[8] Address and signatory per Claim No. 4-1 filed in Case No. 16-51385

Wells Fargo Bank, N.A.
PO Box 5058 MAC P6503-021
Portland, OR 97208
Attn: Milena Zelen

Wells Fargo Bank, N.A.
420 Montgomery Street
San Francisco, CA 94163
Attn: Timothy J Sloan, President and CEO

Internal Revenue Service
401 W Peachtree St. NW M/S 334-D
Atlanta, GA 30308
Attn: Cheryl Mangham

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Deutsche Bank National Trust Company
as trustee for Morgan Stanley ABS Capital Inc
Trust 2007-HE3 Mortgage Pass-through
Certificates, Series 2007-HE3
c/o Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
PO Box 24605
West Palm, FL 33416-4605

Timeka J. Mottow
Contract Management Coordinator
Ocwen Loan Servicing, LLC
1661 Worthington Road
Ste. 100
West Palm, FL 33409


SEE ATTACHED FOR ADDITIONAL CREDITORS

Dated: June 15, 2017

                                                      /s/
                                        Howard Slomka, Esq.
                                        Georgia Bar No. 652875
                                        Slipakoff & Slomka, PC
                                        1069 Spring Street, NW
                                        2nd Floor
                                        Atlanta, GA 30309
                                        (678) 732-0001

```
Label Matrix for local noticing      Access Management Group              Ascension Capital Group, Inc
113E-1                               The Springs Condo Association        Attn: Captial One Auto Finance
Case 17-60262-lrc                    1100 North Meadow Parkway            PO Box 201347
Northern District of Georgia         Suite 114                            Arlington, TX 76006-1347
Atlanta                              Roswell, GA 30076-3871
Thu Jun 15 15:07:59 EDT 2017

Calvary Portfolio Services           Chrysler Financial/TD Auto Finance   (p)CARTER YOUNG INC
500  Summit Lake Dr                  Attn: Bankruptcy Dept                882 N MAIN STREET
Ste 400                              Po Box 551080                        SUITE 120
Valhalla, NY 10595-2322              Jacksonville, FL 32255-1080          CONYERS GA 30012-4442


Credit Control Service               Credit One Bank Na                   Enhanced Recovery Corp
2 Wells Ave                          Po Box 98873                         Attention: Client Services
Newton, MA 02459-3225                Las Vegas, NV 89193-8873             8014 Bayberry Rd
                                                                          Jacksonville, FL 32256-7412


First Premier Bank                   Genesis Financial Solutions          (p)GEORGIA DEPARTMENT OF REVENUE
3820 N Louise Ave                    Attn: Bankruptcy                     COMPLIANCE DIVISION
Sioux Falls, SD 57107-0145           Po Box 4865                          ARCS BANKRUPTCY
                                     Beaverton, OR 97076-4865             1800 CENTURY BLVD NE SUITE 9100
                                                                          ATLANTA GA 30345-3202


Hillcrest Davidson & A               IC System                            Internal Revenue Service
715 N Glenville Dr Ste 4             Attn: Bankruptcy                     PO Box 7346
Richardson, TX 75081-2898            444 Highway 96 East; Po Box 64378    Philadelphia, PA 19101-7346
                                     St. Paul, MN 55164-0378


(p)CONTINENTAL FINANCE COMPANY LLC   Midland Credit Mgmt In               Monterey County Bank
PO BOX 8099                          8875 Aero Dr                         601 Munras Ave
NEWARK DE 19714-8099                 San Diego, CA 92123-2255             Monterey, CA 93940-3107


Ocwen Loan Servicing                 Ocwen Loan Servicing, LLC            (p)PORTFOLIO RECOVERY ASSOCIATES LLC
12650 Ingenuity Drive                1661 Worthington Road                PO BOX 41067
Orlando, FL 32826-2703               Suite 100                            NORFOLK VA 23541-1067
                                     West Palm Beach, FL 33409-6493


Richard B. Maner                     Santander Consumer Usa               Scana Energy Marketing
Bldg D, Suite 100                    8585 N Stemmons Fwy Ste 1100-N       3344 Peachtree Rd Ne Ste
5775 Glenridge Drive                 Dallas, TX 75247-3822                Atlanta, GA 30326-4808
Atlanta, GA 30328-5390


Stellar Recovery Inc                 U. S. Attorney                       Adam M. Goodman
1327 Highway 2 Wes                   600 Richard B. Russell Bldg.         Adam M. Goodman, 13 Trustee
Kalispell, MT 59901                  75 Ted Turner Drive, SW              Suite 200
                                     Atlanta,  GA 30303-3315              260 Peachtree Street
                                                                          Atlanta, GA 30303-1236


Ellis Wilton Garner                  Howard P. Slomka
7669 Waterlace Drive                 Slipakoff & Slomka, PC
Fairburn, GA 30213-7910              Suite 200
                                     1069 Spring Street, NW
                                     Atlanta, GA 30309-3817
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Collectron Of Atlanta/Carter-Young
Attention: Bankruptcy
Po Box 82269
Conyers, GA 30013

Georgia Department of Revenue
1800 Century Blvd
Suite 17200
Atlanta, GA 30345

Mabt/contfin
121 Continental Dr Ste 1
Newark, DE 19713

Portfolio Recovery
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541

End of Label Matrix
Mailable recipients    28
Bypassed recipients     0
Total                  28