| | | |
|---|---|---|
| LARRY A. PANKEY<br>LAURA C. HORLOCK<br>LISA B. FUERST<br>E. BERK SAULS | **PANKEY & HORLOCK, LLC**<br>ATTORNEYS AT LAW<br>1441 DUNWOODY VILLAGE PARKWAY<br>SUITE 200<br>ATLANTA, GA 30338<br>TELEPHONE: (770) 670-6250  FAX (770) 670-6249 | lfuerst@pankeyhorlock.com |

June 16, 2017

M. Regina Thomas
Clerk of Court
United States Bankruptcy Court for the Northern District of Georgia
1340 Russell Federal Building
75 Spring Street, S.W.
Atlanta, GA 30303

### REQUEST FOR SERVICE OF NOTICES

RE:   Debtor         :   Ellis Walton Garner
      Case Number  :   17-60262-lrc
      Chapter        :   13
      Creditor       :   The Lakes at Cedar Grove Neighborhood Association, Inc.

Dear Sir/Madam:

Please add the following interested party to the mailing and service list in the above-referenced case:

> The Lakes at Cedar Grove Neighborhood Association, Inc.
> c/o Laura C. Horlock and Lisa B. Fuerst
> Pankey & Horlock, LLC
> 1441 Dunwoody Village Parkway, Suite 200
> Atlanta, GA 30338

Please provide me with a copy of each notice of any proceeding, hearing or report in this matter including but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

Very truly yours,
_____/s/_____
Lisa B. Fuerst
Georgia Bar No. 030930
Laura C. Horlock
Georgia Bar No. 366982
E. Berk Sauls
Georgia Bar No. 627059
Attorney for The Lakes at Cedar Grove Neighborhood Association, Inc.

cc:   Howard P. Slomka,  Debtors Attorney
      Adam M. Goodman Trustee
      Ellis Wilton Garner, Debtor
8250.0071